1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

DONALD GLEN ESTES,                    )          2:04-CV-0149-RLH-GWF
                                       )
                                       )
              Plaintiff,               )
                                       )
vs.                                    )          **O R D E R**
                                       )
SOUTHERN NEVADA ADULT                  )
MENTAL HEALTH; DR. RAMIREZ;            )
DR. SHERKS; DR. LEMMONS,               )
                                       )
              Defendants.              )
_____)

      Before this Court is the Order & Findings and Recommendations of United States Magistrate Judge (#109, filed March 28, 2007), entered by the Honorable George W. Foley, regarding Defendants' Motion for Judgment on the Pleadings (#95, filed December 21, 2006); the undersigned's Order (#98, filed January 16, 2007), directing Plaintiff to file an affidavit fulfilling the requirements of N.R.S. 41A.071; and Plaintiff's Motion to Comply with Written Affidavit (#106, filed February 26, 2007). There was also Plaintiff's Response (#110, filed April 2, 2007) to Defendants' Motion for Judgment on the Pleadings, which was reviewed by the Court.  No objection  was filed to Magistrate Judge Foley's Order & Findings and Recommendations in accordance with Local Rule IB 3-1 or 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

      The court has conducted a *de novo* review of the record in this case in accordance

with 28 U.S.C. §636(b)(1)(A), (B) and © and Local Rule IB 3-1 and 3-2 and determines that the Order of Magistrate Judge Foley is not clearly erroneous or contrary to law and that Judge Foley's Findings and Recommendations should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge George W. Foley's  Order & Findings and Recommendations (#109) is AFFIRMED and ADOPTED; Defendants' Motion for Judgment on the Pleadings (#95) is granted in its entirety; Plaintiff's Motion to Comply with Written Affidavit (#106) is denied; and  the case is DISMISSED without prejudice.

Dated: April 17, 2007.

ROGER L. HUNT
U.S. District Judge